Revised4/13/2018

UNITEDSTATES BANKRUPTCY COURTSOUTHERN
DISTRICT OF NEWYORK

------------------------------------------------------------------x

InRe:Bright Ogboe

CaseNo.18-10695      CGM

**CHAPTER 13 PLAN**

Debtor

SSN xxx-xx-5061      SSN xxx-xx-

------------------------------------------------------------------x

## PART1. DEFINITIONSANDNOTICES

**1.1 PlanDefinitions:**Ifthisisajointcase,useoftheterm"Debtor"shallalsomeanDebtors.Theterm"BankruptcyRule"shallref ertotheFederalRulesofBankruptcyProcedure.Theterm"FormPlan"referstothiscourt'sLocalChapter13ModelPlan.Theter m"LocalRule"shallrefertotheLocalRulesofBankruptcyProcedureoftheUnitedStatesBankruptcyCourtfortheSouthernDist rictofNewYork.Theterm"Petition"referstoDebtor'sbankruptcypetitionfiledwiththeCourtonMarch 14, 2018.Theterm"Plan"referstothischapter13plan.Theterm"RealPropertyUsedasaPrincipalResidence"includescooperative apartments.Theterm"Trustee"shallalwaysrefertotheChapter13StandingTrusteeforthisCourt,orthesubstitutetherefor.

**1.2 DebtormustcheckoneboxoneachlinetostatewhetherornotthePlanincludeseachofthefollowingitems.Ifanitemisc hecked"does,"the**
**DebtormustservethisPlanonanyaffectedpartyininterestpursuanttoBankruptcyRule7004.FailuretoservethePlanpu rsuanttoBankruptcyRule7004wheneverrequiredmayrendertheprovisionineffective.Ifanitemischeckedas"doesnot "orifbothboxesarechecked,theprovisionwillbeineffectiveifsetoutlaterinthePlan.**
InaccordancewithBankruptcyRule3015.1,thisPlan:

☐ does / X doesnotcontainanynonstandardprovision(SeePart8hereinforanynon-standardprovision);

☐ does / x   doesnotlimittheamountofasecuredclaimbasedonvaluationofthecollateralfortheclaim(SeePart3herein);

☐ does / x   doesnotavoidasecurityinterestorlien(SeePart3herein);

X   does / ☐doesnotrequestlossmitigation(SeePart8herein).

**1.3 NoticetoDebtor:**ThisFormPlansetsoutoptionsthatmaybeappropriateinsomecases,butthepresenceofanoptionontheFo rmPlandoesnotindicatethattheoptionisappropriateinyourcircumstances.Tobeconfirmable,thisPlanmustcomplywiththeB ankruptcyCode,theBankruptcyRules,judicialrulings,andtheLocalRules.

☐Bycheckingthisbox,Debtoracknowledgesthathe/sheisnoteligibleforadischargepursuantto11U.S.C.§1328(f).[PriorC
asenumber:                    petitiondate:Click or tap to enter a date.

dischargedateinpriorcase:Click or tap to enter a date.

].*Ifchecked,theDebtorshallsubmitan*order*denyingdischargeuponconfirmat*
*ionofthePlanortheCourt'sseparatedeterminationofherequest,whicheverisearlier.*

X   ThisisanAmendedorModifiedPlan.ThereasonsforfilingthisAmendedorModifiedPlanare:

Include the Creditor in part 8 for the Loss mitigation request

**1.4 NoticetoCreditors:**Ifyouopposethe Plan'streatmentofyourclaim**oranyprovisionofthisPlan**,youoryourattorneymustfi leanobjectiontoconfirmationatleast7daysbeforethedatesetforthehearingonconfirmation,unlessotherwiseorderedbytheBan kruptcyCourt.Thisincludesobjectionstovaluationsofcollateral,motionstoavoidjuniormortgageandjudicialliens,andsurrend erprovisions.

PursuanttoBankruptcyRule3015(g),"anydeterminationinthePlanmadeunder[Bankruptcy]Rule3012aboutt heamountofasecuredclaimisbindingontheholderoftheclaim,eveniftheholderfilesacontraryproofofclaimortheDebtor schedulesthatclaim[differently],andregardlessofwhetheranobjectiontotheclaimhasbeenfiled."

ThisPlanshallbebindinguponitsconfirmation.YoushouldreadthisPlancarefullyanddiscussitwithyourattorne yifyouhaveoneinthisbankruptcycase.Ifyoudonothaveanattorney,youmaywishtoconsultonewhopracticesbankruptcy law.

TheBankruptcyCourtmayconfirmthisPlanwithoutfurthernoticeifnoobjectionisfiled.*See*BankruptcyRule3015.

## PART2:  PLANPAYMENTS ANDDURATION

**2.1** TheDebtor'sfutureearningsaresubmittedasprovidedinthePlantothesupervisionandcontroloftheTrustee. DebtorwillmakethefirstPlanpaymentnolaterthanthirty(30)daysafterthedatethePetitionwasfiled.TheDebtorshallma ke[200          ]monthlypaymentstotheTrusteeasfollows:

| Amount | How Many Months? |
|---|---|
| $200.00 | 60 |
| $ | |
| $ | |

☐Debtor'sannualcommitmentperiodis36monthsandDebtormovestoextendto60monthsforthefollowingreasons:( *checkallthatapply)*

☐Debtorisnotabletoproposeafeasibleplaninaperiodoflessthan60months.Debtor'sproposedmonthly paymentwillconstituteanaffordablebudgetthattheDebtorwillbeabletomaintain.

☐Paymentsgreaterthanthatproposedbythis Planfor60monthswouldcreateaneconomichardshipfortheDebtor.

☐CreditorswillnotbeprejudicedbythisapplicationforextensionofDebtor'sPlanpaymentsfrom36to60 months.

## 2.2 Regularpayments

RegularPlanpaymentstotheTrusteewillbemadefromfutureincomeinthefollowingmanner:
*Checkallthatapply*

xDebtorwillmakepaymentsdirectlytotheTrustee.

☐DebtorwillmakepaymentsthroughanyentityfromwhomtheDebtorreceivesincome,pursuanttoapayrolldedu ctionorder11U.S.C.§1325(c).Uponcheckingtheboxforapayrolldeductionorder,Debtors*hallsubmittotheCourtase parateorder*directingDebtor'semployertodeducttthePlanpaymentsfromDebtor'swages.Debtoralsoagreestonotify theTrusteeimmediatelyuponchangeorterminationofemployment.

☐Non-Debtor contributer will make the following monthly payments to the debtor, who will send payment to the Trustee:

| Amount | How Many Months? |
|---|---|
| $ | |
| $ | |
| $ | |

## 2.3 IncomeTaxRefunds

Allfuturetaxrefundsinexcessof$1500perindividualDebtor(lessanycashexemptionsinthePlan'sfirstyear,ifapplicable) **shallbepaidtotheTrustee**forthedurationofthePlan.TheDebtorshallprovidetheTrusteewithallincometaxreturnsthrou ghthefullperformanceofthePlan.

## 2.4 IrregularPayments *Checkone.*

☐None.If'None"ischecked,therestofsubsection2.4neednotbecompletedorreproduced.

☐DebtorwillmakeirregularpaymentstotheTrusteefromothersources,asspecifiedbelow.

| Source | Estimated Amount | Date of Payment (Anticipated) |
|---|---|---|
| | $ | Click or tap to enter a date. |
| | $ | Click or tap to enter a date. |

## 2.5 PaymentTerms

TheDebtorwillpaytheamountspayabletotheTrusteebyelectronictransferoffundsorbankcheck,certifiedcheck,teller'sc heck,ormoneyordersentdirectlytotheChapter13Trustee.Seehttp://www.access13.com/site/

Revised4/13/2018

## PART3:TREATMENTOF SECUREDCLAIMS

**3.1 Definitions:** Forthepurposesofthissubsection,anyreferencetotheterm "SecuredCreditor" meanslienholdermortgage es,acreditorwhoseinterestissecuredbyamortgageonDebtor'srealproperty,includingRealPropertyUsedasaPrincipalResi dence;aholderand/orauthorizedservicerofaclaimsecuredbyalien,mortgageand/ordeedoftrust;and/oranyothersimilarlys ituatedcreditor,servicingagentand/ortheirassigns.Theterm "Lien" shallincludereferencestomortgages,liens,deedsoftrus tandanyothersimilarlysituatedinterestsintheDebtor'srealorpersonalproperty.Theterm "PrepetitionArrearages" shallrefe rtoanoutstandingmonetarydefaultwithrespectto,orthatgaveriseto,aLienpriortothePetitiondate.Theterm "Post-PetitionPayment" meanspaymentthatfirstbecomesdueandpayablebytheDebtortotheSecuredCreditorafterthefilingofth ePetition.

**3.2 Maintenanceofpaymentsandcureofdefault,ifany.**

*Checkone.*

☐None

X TheDebtorwillmaintainthecurrentcontractualinstallmentpaymentsonthesecuredclaimslistedbelowwithanych angesrequiredbytheapplicablecontractandnoticedinconformitywithapplicablerules.Thesepaymentswillbedisb urseddirectlybytheDebtor.TheDebtorshallkeepacompleterecordofallDebtor'spaymentsunderthePlan.However ,anyexistingPrepetitionarrearageonatimelyfiledsecuredclaimwillbepaidinfullthroughdisbursementsbytheTrus tee,withinterest,ifany,attheratestatedbelow.ConfirmationofthisPlanshallimposeanaffirmativedutyontheSecure dCreditorandDebtortodoallthefollowingasordered:

### (a) Post-PetitionPayments.

DebtorshallpaythefollowingPost-PetitionpaymentsdirectlytotheSecuredCreditorlistedbelowduringthependencyofthePlan:

| Secured Creditor & Property Description | Payment Amount | Payment Timing | Address Where Post Petition Payments Will be Sent |
|---|---|---|---|
| US National Bank c/o Carrignton Mortgage 719 E 242 Street Bronx, NY 10470 | $3966.00 | monthly | Carrington Mortgage PO Box 5001 WEstfield IN 46074 |
| Mr Cooper 40 Jackson Avenue Elmont NY 11003 | $2222.00 | monthly | Mr. Cooper Attn: 8950 Cypress Water Blvd Coppell TX 75019 |
|  | $ |  |  |

### (b) PrepetitionArrearages.

(i) ForpurposesofthisPlan,PrepetitionArrearagesshallincludeallsumsincludedintheallowedsecuredclai mandshallhavea "0" balanceuponentryofthedischargeorderinthiscase.IntheeventthataSecuredCreditorlistedinthis sectionfailstotimelyfileaproofofclaiminthiscase,theDebtormayfileaclaimontheSecuredCreditor'sbehalf,pursuan tto11U.S.C.§501(c),beforetheapplicablebardate.

(ii) NointerestwillbepaidonPrepetitionArrearagesunlessotherwisestatedherein.

(iii) PaymentsmadebytheTrusteeonDebtor'sPrepetitionArrearagesshallbeappliedonlytothosePrep etitionArrearagesandnottoanyotheramountowedbyDebtortotheSecuredCreditor.

(iv) InformationRegardingPrepetitionArrearages:

| Secured Creditor | Property Description | Property Address | Value of Collateral | Valuation Method | PrePetition Arrearage Amount | Arrearage Owed as of Date |
|---|---|---|---|---|---|---|
| US National Bank C/0 Carrington Mortgage | 719 E 242 Street Bronx NY 10470 | 719 East 242 Street Bronx NY 10470 | $584945.00 | apparisal | $145,478 | March 14, 2018 |
|  |  |  | $ |  | $ | Click or tap to enter a date. |

(v) IftheTrusteepaystheamount(s)specifiedinPart3.2(b)(iv)(above),andtheDebtormakesallrequiredPost-PetitionPaymentsasspecifiedinPart3.2(a),anydefaultwithrespecttoaLien,includingaLienonRealPropertyUse dasaPrincipalResidencewillbecured,extinguishinganyrightoftheSecuredCreditortorecoveranyamountallege dtohavearisenpriortothefilingofDebtor'sPetition.

### (c) AdequateProtection.

Ifapplicable,adequateprotectionofaSecuredCreditor'sinterestinpropertyshallbeprovidedasfollows:

Revised4/13/2018

*[describeandprovidethebasisforcalculation,orstatenotapplicable]*

AnysuchpaymentsshallbeappliedbytheSecuredCreditortoitsallowedsecuredclaim.

**(d) Returnand/orReallocationofDistributionPaymentMadetoSecuredCreditor.**
IfaSecuredCreditorwithdrawsitsclaim,thesumallocatedhereintowardsthepaymentoftheSecuredCreditor'sclaims hallbedistributedbytheTrusteetoDebtor'sremainingcreditors,asprovidedherein.IftheSecuredCreditorhasreceived moniesfromtheTrustee(DistributionPayment)andreturnsthosemoniestotheTrustee,themoniesreturnedshallbedist ributedtotheDebtor'sremainingcreditors,asprovidedherein.IfthisPlanrepayscreditorsinfull,thensuchreturnedmo nieswillbepaidtotheDebtor.

### 3.3 Surrender

*Checkone.Ifyoucheckaboxotherthan"None"youwillhavetoservethisPlanpursuanttoBankruptcyRule7004.*
   X None.
   ☐DebtorsurrendersthefollowingpropertyanduponconfirmationofthisPlanorasotherwiseorderedbytheCourt,bankruptc ystaysareliftedforallpurposesastothecollateraltobesurrendered.EverySecuredCreditorwithaLienonsurrenderedproperty shallfileadeficiencyclaimwithin60daysofnoticeofsuchsurrenderifitdisagreeswiththePlan'sstatementofthedeficiencyclai mbelow.AnyallowedunsecuredclaimresultingfromthedispositionofthecollateralwillbetreatedinPart6below.

### (a) IfthepropertybeingsurrenderedisrealpropertylocatedinNewYorkState,checkoneofthefollowingboxes.

   Uponconfirmation,Debtorintendsto:
      (i) ☐CeasemakingpaymentstotheClaimantandcontinueresidingatthePropertyuntilacourtordersDebtortov acate
      (ii) ☐VacatethepremisesandmakeClaimantliableforallmaintenanceontheProperty,pursuanttoNewYorkRP APL§1308.

| Claimant | Property to be Surrendered | Creditor holding senior lien; or otherwise identify by interest | Value of Collateral | Amount of Deficiency Claim to be Paid as Unsecured |
|---|---|---|---|---|
|  |  |  | $ | $ |
|  |  |  | $ | $ |
|  |  |  | $ | $ |

### 3.4 WhollyunsecuredLiens

*Checkone.Ifyoucheckaboxotherthan"None"youwillhavetoservethisPlanpursuanttoBankruptcyRule7004.*
   X None.
   ☐DebtorrequeststhattheCourtvaluethecollateralintheamountlistedbelow,avoidthefollowingLiensaswhollyunsecured, andreclassifyanytimelyclaimfiledasunsecured.AsstatedinBankruptcyRule3012(c):"Requesttodetermineamountofgov ernment'ssecuredclaimmustbebymotionorinaclaimobjection*after*thegovernmentfilesaproofofclaimorafterthetimeforfi lingaclaimexpires."*AttachappraisalofpropertytothisPlan.TheDebtorshallsubmitanorderavoidingtheLienuponconfirm ationofthePlanortheCourt'sseparatedeterminationoftherequestwhicheveriseariler.*

| Creditor Name | Collateral Description | Collateral Value | Lien Identification | Amount of Senior Lien(s) |
|---|---|---|---|---|
|  |  | $ |  | $ |
|  |  | $ |  | $ |

### 3.5 Requestforvaluationofsecurity/BifurcationofLiens*[NotapplicabletoRealPropertyUsedasaPrincipalResidence orpropertylistedunderSection3.6ofthisPlan].Checkone.Ifyoucheckaboxotherthan"None"youwillhavetoservethisPlan pursuanttoBankruptcyRule7004.*AsstatedinBankruptcyRule3012(c):"Requesttodetermineamountof government'ssec uredclaimmustbebymotionorinaclaimobjection*after*thegovernmentfilesaproofofclaimorafterthetimeforfilingaclaime xpires."
   X None.

Revised4/13/2018

☐TheDebtorrequeststhatthecourtdeterminethevalueofthesecuredclaimslistedbelow.Theportionofanyallowedclaimt hatexceedstheamountofthecollateralsecuringtheclaimwillbetreatedasanunsecuredclaimunderPart6ofthisPlan.Thehol derofanyclaimlistedbelowashavingavalueinthecolumnheaded*"*Amountofsecuredclaim*"*(a)willretainitsLienontheprop ertyoftheestateuntilsuchtimeastheearlierof(i)paymentinfull,or(ii)thePlanisperformed;and(b)willretainitsLienonnon- estateproperty.*AttachappraisalofpropertyasanexhibittothisPlan.TheDebtorshallsubmitanordervoidingtheLienupon confirmationofthePlanortheCourt'sseparatedeterminationoftherequest,whicheverisearlier.*

| Creditor Name, Property Address, & Description | Amount of Senior Liens After Value of Collateral | Value of Collateral | Debt Amount Outstanding | Amount Secured Claims | At interest rate | Trustee shall pay arrearages in Amount |
|---|---|---|---|---|---|---|
| | $ | $ | $ | $ | % | $ |
| | $ | $ | $ | $ | % | $ |
| | $ | $ | $ | $ | % | $ |
| | $ | $ | $ | $ | % | $ |

### 3.6 SecuredClaimsexcludedfrom11U.S.C.§506

*Checkone.*

X  None.

☐Theclaimslistedbelowwereeither:(1)incurredwithin910daysbeforethePetitiondateandsecuredbyapurchasemoneysecurity interestinamotorvehicleacquiredforthepersonaluseoftheDebtor;or(2)incurredwithin1yearofthePetitiondateandsecuredbyap urchasemoneysecurityinterestinanyotherthingofvalue.

TheseclaimswillbepaidinfullunderthePlanwithinterestattheratestatedbelow.Thesepaymentswillbedisbursedeith erbytheTrusteeordirectlybytheDebtor,asspecifiedbelow.Thefinalcolumnindicatespaymentstobedisbursedonlyb ytheTrusteeratherthanbytheDebtor.

| Creditor Name | Collateral | Claim Amount | Monthly Plan Payment | Interest Rate | Payment Disbursed by Trustee or Debtor | Total Payment by Trustee |
|---|---|---|---|---|---|---|
| | | $ | $ | % | Choose an item. | $ |
| | | $ | $ | % | Choose an item. | $ |
| | | $ | $ | % | Choose an item. | $ |
| | | $ | $ | % | Choose an item. | $ |

### 3.7 JudicialLienAvoidance

*Checkone.Ifyoucheckaboxotherthan"None"youwillhavetoservethisPlanpursuanttoBankruptcyRule7004.*

X  None.

☐EntireLienisavoided.AnytimelyfiledclaimbyClaimantsshallbeanunsecuredclaimintheamountof $
☐AportionoftheLienisavoided.AnytimelyfiledclaimofClaimantsshallbeasecuredclaimintheamountof $       at interestrateof      % andanunsecuredclaimintheamountof $      .

CalculationofLienAvoidance

Revised4/13/2018

| Claimant Name | Collateral | Value of Debtor Interest in Property (attach appraisal as exhibit to this Plan) | Nature of Exemption | Value of Exemption Claimed on Schedule C | Lien Identification | Amount of all Liens with Priority over this Lien | Remaining Equity Securing Lien |
|---|---|---|---|---|---|---|---|
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |

TheDebtorshallsubmitanordervoidingtheLienuponconfirmationofthePlanortheCourt'sseparatedeterminatio
noftherequest,whicheverisearlier.http://www.nysb.uscourts.gov/sites/default/files/522_f_formorder.docx

### 3.8 MiscellaneousProvisions
 (i) SecuredCreditorswithasecurityinterestintheRealPropertyUsedasaPrincipalResidenceshallcomplywithallprovisio
nsofBankruptcyRule3002.1.
 (ii) IfrelieffromtheautomaticstayisorderedastoanyitemofcollaterallistedinthisPart,then,unlessotherwiseorderedbyt
heCourt,alltimelyfiledsecuredclaimsbasedonaLienonthatcollateralwillnolongerbetreatedbythePlanandallpayments
underthisPartofthePlanonsuchsecuredclaimsshallcease.

## PART4TREATMENTOFFEESAND PRIORITYCLAIMS
### 4.1 General
Trustee'sfeesandallallowedpriorityclaims,includingdomesticsupportobligationsotherthanthosetreatedinsubsection4
.5,willbepaidinfullwithoutpost-Petitioninterest.

### 4.2 Trustee'sfees
Trustee'sfeeswillbenomorethan10%ofPlanpayments.

### 4.3 Attorney'sfees
CounselfortheDebtorhasreceivedaPrepetitionflatfeetobeappliedagainstfeesandcostsincurred.Feesandcostsexceeding
theflatfeeshallbepaidfromfundsheldbytheTrusteeasanadministrativeexpenseafterapplicationtoandapprovalbytheCou
rt,pursuantto11U.S.C.§330(a)(4)andBankruptcyRule2016.

TotalAmountofflatfeecharged: $3500.00(subjecttoreviewunder11U.S.C§329).
AmountofflatfeepaidPrepetition: $1500.00
Remainderofflatfeetobepaidthrough Plan,ifany: $2000

### 4.4 UnsecuredDomesticSupportObligations.
DebtorshallremaincurrentonallsuchobligationsthatcomedueafterfilingthePetition.Unpaidobligationsincurredbeforet
hePetitiondatearetobesecuredbythefollowingPlanpayments.

| CreditorStatus(e.g.child,spouse,formerspouse,domesticpartner) | PrePetition Arrearages |
|---|---|
| | $ |
| | $ |
| | $ |

|  | $ |
|---|---|
|  | $ |
|  | $ |
|  | $ |
|  | $ |

### 4.5 OtherUnsecuredPriorityClaims,includingUnsecuredTaxClaims.

| Creditor Name | Type of Priority Debt | PrePetition Arrearages | Interest Rate |
|---|---|---|---|
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |

### PART5 EXECUTORY CONTRACTSANDUNEXPIRED LEASES

Pursuantto11U.S.C.§1322(b),Debtorassumesorrejectsthefollowingunexpiredlease(s)orexecutorycontract(s).Foranya ssumedexecutorycontractorunexpiredleasewithanarrearagetocure,thearrearagewillbecuredinthePlanwithregularmont hlypaymentstobepaiddirectlytothecontractpartybytheDebtor.Thecureamountwillbeassetforthbelow,unlessanobjectio ntosuchamountisfiled,bythedatetoobjecttoconfirmationtothePlan,inwhichevent,thecureamountshallbefixedbytheCou rt.*IfthePlanprovidesfortheassumptionorrejectionofacontractorunexpiredlease,itmustbeservedontheotherpartytothea greementunderBankruptcyRule7004.*

### 5.1  Assumed

| Creditor Name | Address & Property Description | Cure Amount | Cure Calculated Through Date |
|---|---|---|---|
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |

### 5.2 Rejected

| Creditor Name | Address & Property Description | Arrearage Amount | Arrearage Through Date |
|---|---|---|---|
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |
|  |  | $ | Click or tap to enter a date. |

### 5.3 Post-PetitionPaymentsforAssumedExecutoryContractsandUnexpiredLeases.
DebtorshallmakethefollowingPost-PetitionPaymentsdirectlytotheCreditor:

| Creditor Name | Address & Property Description | Payment Amount | Payment Timing |
|---|---|---|---|
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |

| | | $ | |
|---|---|---|---|

## PART6 NONPRIORITY,UNSECUREDCLAIMS

6.1 Allowednonpriority,unsecuredclaimsshallbepaid*prorata*fromthebalanceofpaymentsmadeunderthisPlan.

6.2 Separatelyclassifiednonpriorityunsecuredclaims

*Checkone.*

    X  None.

    ☐Thenonpriorityunsecuredallowedclaimslistedbelowareseparatelyclassifiedandwillbetreatedasfollows:

| Creditor Name | Basis for separate classification and treatment | Amount to be paid on the claim | Current Installment Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

## PART7 MISCELLANEOUS

DebtormustcomplywithalltheapplicablerequirementsoftheBankruptcyCodeandBankruptcyRules,including,but not limitedto,thosefoundin11 U.S.C. §521andBankruptcyRules 2015and4002, whereapplicable.Thisincludesadutytofiletaxreturnsand,incertaincircumstances,operatingreports.AdditionalinformationthatisusefulforfillingoutthisPlan,servingthePlan,andcompletingthechapter13processisavailablehere:http://www.nysb.uscourts.gov/chapter-13-plan-information

## PART8 LOSSMITIGATION ANDNONSTANDARD PROVISIONS

8.1 Anynonstandardprovisionmustbeenteredhere.IfthisPartconflictswithanyearlierPartexceptPart1.2,thisPartcontrols.

### 8.2 LossMitigation:

    X  Bycheckingthisboxandcompletingthissection,theDebtorrequestslossmitigationpursuanttoLocalRule 9019-2,whichgovernsacourt-orderedlossmitigationprogram,pursuanttowhichpartiesmaydealwithissuessuch asaloanmodification,loanrefinance,shortsale,orsurrenderinfullsatisfaction,concerningtheDebtor'sRealPropertyUsedasaPrincipalResidence.

*[Identifytheproperty,loanandcreditorforwhichyouarerequestinglossmitigation]*

719 E 242 Street Bronx, NY 10470 US National Bank c/o Carrington Mortgage  PO Box 5001 Westfiled IN 46074

TheDebtorestimatesthevalueoftheRealPropertyusedasPrincipalResidencetobe $

TheDebtorherebypermitstheSecuredCreditor(s)listedabovetocontact(*checkallthatapply*)

     :

       ☐TheDebtordirectly.

       X  Debtor'sbankruptcycounsel.

       ☐Other:

DebtorisnotrequiredtodismissthisbankruptcyPetitionduringthelossmitigationdiscussions.

*TheDebtorshallsubmitanordergrantinglossmitigationifnoobjectionsarereceivedwithintherequisitenoticeperiod*

.

*See http://www.nysb.uscourts.gov/loss-mitigation and http://www.nysb.uscourts.gov/sites/default/files/ch13DebtorInstructions.pdf*

### 8.3 SaleandCreditBiddingofRealProperty.

    ☐By checking this box, Debtor intends to sell Real Property having an address of Address of Property to be Sold pursuant to 11 U.S.C. § 363(b). The Real Property is subject to a secured claim held by Name of Creditorto this Plan is the contract of sale, in whichName of Buyerhas agreed to pay $    for the collateral. Attach as an exhibit to the Plan the sale contract and any evidence supporting request for relief under 11 U.S. C.§ 363(f) and/or

Revised4/13/2018

(m). Pursuant to 11 U.S.C. § 363(k), the Secured Creditor,Name of Creditormay assert its right to credit bid as part of a timely objection to confirmation and submit a higher and better offer by a time set by the Court. Debtor shall attach an affidavit containing all facts necessary for Court to approve the sale and should be prepared to address the requirements of 11 U.S.C. § 363 at the confirmation hearing. The Debtor shall submit an order approving sale upon confirmation of the Plan or the Court's separate determination of the request, whichever is earlier.

### 8.4 SurrenderinFullSatisfaction

☐Bycheckingthisbox,DebtorsurrendersthefollowingpropertyinfullsatisfactionoftheSecuredCreditor'sde bt.*Attachappraisalorotherevidenceoftheproperty'svalueasanexhibittothisPlan.*

| Property to be surrendered | To whom the property will besurrendered |
|---|---|
|  |  |
|  |  |

### 8.5 SurrenderandVesting

☐Bycheckingthisbox,titletoanycollateralsurrenderedinthisPlanautomaticallyvestsintheName of Secured Creditoruponconfirmationandtheliftingoftheautomaticstay.Creditorhas60daysfromthedateofsuchordertofileadeficiencyclaim.*T heDebtorshallsubmitanordersurrenderingthecollateralandvestingtitleinthecreditoruponconfirmationofthePlanortheCourt'ssep aratedeterminationoftherequest,whicheverisearlier.*

### 8.6   AdditionalNon-StandardProvisions

### PART9 DEBTOR'SSIGNATURE

Dated: May 4, 2018, New York

| | |
|---|---|
| Debtor | JointDebtor |
| DebtorAddress | JointDebtorAddress |

### PART10 DEBTOR'SATTORNEY'SSIGNATURE

| | |
|---|---|
| Attorney for Debtor | May 4, 2018<br>Date |

FirmName Law Office of Michelle Labayen PC
Attorney Street Address 24 Commerce Street suite 530
AttorneyCity,StateZip Code07102

Attorney Telephone 973-622-1584
AttorneyEmail njchapter7@gmail.com

### PART11 CERTIFICATION

I,theundersignedattorneyfortheDebtororProseDebtor,herebycertifythattheforegoingPlanconformstothepre-approvedFormPlanpursuanttoLocalRule3015-1oftheUnitedStatesBankruptcyCourtfortheSouthernDistrictofNewYorkandcontainsnononstandardprovisionsothert hanthosesetoutinPart8.

| | |
|---|---|
| Attorney for Debtor or*Pro Se Debtor* | 5/4/2018<br>Date |