2830  (Form 2830) (12/15)

# UNITED STATES BANKRUPTCY COURT

### _____ Southern  District Of _New York_____

In re _Bright Ogboe_____        Case No. _18-10695___
            **Debtor**

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

_Part I.  Certification Regarding Domestic Support Obligations (check no more than one)_

> Pursuant to 11 U.S.C. Section 1328(a), I certify that:

> ☑    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

> ☐    I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

_Part II.  If you checked the second box, you must provide the information below._

> My current address:  _719 E 242nd Street, Bronx NY 10470_____

> My current employer and my employer's address: _NYC HOUSING AUTHORITY_____

> _____

_Part III.  Certification Regarding Section 522(q) (check no more than one)_

> Pursuant to 11 U.S.C. Section 1328(h), I certify that:

> ☐    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

> ☑    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

_*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment._

*Part IV.  Debtor's Signature*

        I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on <u>June 13, 2018</u>
            Date                                           Debtor